UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 05960

   RALPH EUGENE DEWITT
   CYNTHIA ANITA DEWITT                          CHAPTER 13

                       JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7124   SSN XXX-XX-0942

--------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
   The case was filed on 04/03/2007 and was confirmed 06/20/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 6654.66 | 258.06 | 5314.83 |
| COOK COUNTY TREASURER | SECURED | 19.41 | .00 | 19.41 |
| HFC | CURRENT MORTG | .00 | .00 | .00 |
| MARRIOTT VACATION CLUB I | SECURED | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 14811.78 | 583.59 | 11580.19 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 3145.30 | .00 | 126.45 |
| AMERICAN EXPRESS CENTURI | UNSECURED | 10626.96 | .00 | 427.26 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 9111.30 | .00 | 366.32 |
| AMERICAN EXPRESS CENTURI | UNSECURED | 3944.07 | .00 | 158.57 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16063.10 | .00 | 451.02 |
| ECAST SETTLEMENT CORP | UNSECURED | 15911.72 | .00 | 639.73 |
| ECAST SETTLEMENT CORP | UNSECURED | 8951.64 | .00 | 359.92 |
| ECAST SETTLEMENT CORP | UNSECURED | 14282.94 | .00 | 574.25 |
| ECAST SETTLEMENT CORP | UNSECURED | 9850.04 | .00 | 396.02 |
| ECAST SETTLEMENT CORP | UNSECURED | 16924.16 | .00 | 680.44 |
| ECAST SETTLEMENT CORP | UNSECURED | 1921.48 | .00 | 75.96 |
| B-REAL LLC | UNSECURED | 734.13 | .00 | 19.68 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 860.34 | .00 | 23.06 |
| B-REAL LLC | UNSECURED | 2998.15 | .00 | 120.54 |
| B-REAL LLC | UNSECURED | 3498.39 | .00 | 140.67 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12335.68 | .00 | 346.37 |
| THE STUDENT LOAN CORPORA | UNSECURED | 24029.14 | .00 | 966.11 |
| CITIBANK SUTDENT LN CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK SUTDENT LN CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK STUDENT LN CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK STUDENT LN CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK STUDENT LN CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7690.90 | .00 | 206.22 |
| DELL FINANCIAL SERVICES | UNSECURED | 2242.28 | .00 | 90.15 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 11862.55 | .00 | 476.95 |
| B-REAL LLC | UNSECURED | 9350.16 | .00 | 375.93 |
| SHOPPERS CHARGE ACCOUNTS | UNSECURED | 303.00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 05960 RALPH EUGENE DEWITT & CYNTHIA ANITA DEWITT

```
FCNB MASTERTRUST            UNSECURED      4258.73              .00      171.23
ECAST SETTLEMENT CORP       UNSECURED      5064.66              .00      203.63
MACYS                       UNSECURED    NOT FILED              .00          .00
B-REAL LLC                  UNSECURED      5081.74              .00      204.32
RESURGENT CAPITAL SERVIC    UNSECURED      4687.52              .00      125.69
WELLS FARGO FINANCIAL BA    UNSECURED      7649.73              .00      307.56
LAUREN DEWITT               NOTICE ONLY  NOT FILED              .00          .00
DELL FINANCIAL SERVICES     SECURED        200.00              .00      200.00
FEDERATED RETAIL HOLDING    UNSECURED      9580.51              .00      385.18
INTERNAL REVENUE SERVICE    NOTICE ONLY  NOT FILED              .00          .00
MELVIN J KAPLAN             DEBTOR ATTY   3,000.00                     3,000.00
TOM VAUGHN                  TRUSTEE                                    2,179.63
DEBTOR REFUND               REFUND                                       545.06
```

Summary of Receipts and Disbursements:

```
-----------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     32,100.00

PRIORITY                                               .00
SECURED                                          17,114.43
    INTEREST                                        841.65
UNSECURED                                         8,419.23
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                              2,179.63
DEBTOR REFUND                                       545.06
                          ---------------    ---------------
TOTALS                     32,100.00            32,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE